March 26, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

THE WILLIARD LAW FIRM, L.P., Appellant

NO. 14-14-00621-CV                          V.

JOHN SEWELL, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, John Sewell, signed July 1, 2014, was heard on the transcript of the record. We have inspected the record and find the trial court erred in awarding judgment favoring John Sewell. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that Sewell take nothing on his claims against The Williard Law Firm, L.P.

We further order that all costs incurred by reason of this appeal be paid by appellee, John Sewell.

We order this decision certified below for observance.